UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO.: 2:21-cv-00927

COMMERCIAL PRODUCTIONS LLC FIRST
PAWN JEWELRY & LOAN, INC.,

    Plaintiff,

vs.

CERTAIN UNDERWRITERS AT LLOYD'S,
LONDON SUBSCRIBING TO POLICY
NUMBER FINFR1703496,

    Defendants.
_____/

## NOTICE OF REMOVAL

Defendants, CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NUMBER FINFR1703496, (the "Underwriters"), by and through undersigned counsel with full reservation of rights including all defenses permitted by Rule 12 of the Federal Rules of Civil Procedure and all other jurisdictional, procedural, and venue defenses as well as defenses to the merit of this action, hereby files with this Court, pursuant to 28 U.S.C §1441 and §1446, a Notice of Removal to the Court of a civil action filed in the Circuit Court of the Twentieth Judicial Circuit in and for Collier County, Florida as Case No. 11-2021-CA-002644-0001-XX, and states as follows:

1. Plaintiffs, Commercial Productions, LLC and First Pawn Jewelry & Loan, Inc., (collectively "Plaintiffs"), have filed an action in the Circuit Court of the Twentieth Judicial Circuit in and for Collier County, Florida against the Underwriters.[1]

2. A copy of Plaintiffs' Complaint, which was served on the Underwriters on November 23, 2021, is attached hereto as **Exhibit "A."**

3. A complete copy of the state court file in Case No. 11-2021-CA-002644-0001-XX filed in the Circuit Court of the Twentieth Judicial Circuit in and for Collier County, Florida is attached pursuant to 28 U.S.C §1446 as **Composite Exhibit "B."**

4. Public records evidence Commercial Productions, LLC is incorporated in the State of Florida as a limited liability corporation and has its principal place of business in Collier County, Florida. Thus, for purposes of diversity jurisdiction, Commercial Productions, LLC is a citizen of the State of Florida as at the time of this filing its sole member is Cammeron J. Solomon, who is domiciled in Florida and therefore a citizen of Florida. *Rolling Greens MHP LP v. Comcast SCH Holdings LLC*, 374 F.3d 1020, 1022 (11th Cir. 2004) (the citizenship of a limited liability company is the citizenship of its members for purposes of diversity jurisdiction). *See* SunBiz printouts from Florida Division of Corporations as to Commercial Productions, LLC, including Commercial Productions, LLC's Articles of Organization attached as **Composite Exhibit "C."**

5. Public records evidence that First Pawn Jewelry & Loan, Inc. is incorporated in the State of Florida as a Florida Profit Corporation and has its principal place of business in Collier County, Florida. Thus, for purposes of diversity jurisdiction, Plaintiff is a citizen of the State of Florida. 28 U.S.C. § 1332(c)(1). *See* SunBiz printouts from Florida Division of Corporations as to

---

[1] The case style incorrectly names Commercial Productions, LLC and First Pawn Jewelry & Loan, Inc. as one Plaintiff.

First Pawn Jewelry & Loan, Inc., including First Pawn Jewelry & Loan, Inc.'s Articles of Organization attached as **Composite Exhibit "D**."

6. As to the Underwriters, Lloyd's Syndicate 1414 ASC is the sole syndicate subscribing 100% of the Pawnbrokers Package Policy bearing policy number FINFR1703496, ("Policy"), and Lloyd's Syndicate 1414 ASC's sole corporate member is Ascot Corporate Name Limited, a citizen and resident of the United Kingdom, with its principal place of business in London, United Kingdom. The Underwriters are therefore a citizen of the United Kingdom.

7. Accordingly, Plaintiffs are not citizens of the same state or country as the Underwriters and there is complete diversity of citizenship between the parties.

8. Plaintiffs' Complaint consists of a breach of contract claim alleging the breach of the Policy. *See* **Ex. A.**

9. Plaintiffs' Complaint alleges that it is seeking in excess of $30,000.00, which is above the jurisdictional amount in Florida Circuit Court. *See id.*

10. The Policy attached to Plaintiffs' Complaint includes a $240,000.00 limit of liability for "Buildings" coverage. *See id.*

11. Plaintiffs' public adjuster's estimate provides for $295,580.08 in damages in connection with the subject claim. *See* Plaintiffs' public adjuster's estimate attached as **Exhibit "E."**

12. Thus, as evidenced by Plaintiffs' Complaint, the Policy's applicable limit of liability, and Plaintiffs' public adjuster's damage estimate, the amount in controversy as of the filing of this Notice is in excess of $75,000.00. *See Big League Ventures, LLC v. Certain Underwriters at Lloyd's, London*, 474 F. Supp. 3d 1279, 2020 U.S. Dist. LEXIS 94944, at *2 (S.D.

Fla. May 31, 2020) (recognizing that amount in controversy must be met for each subscribing entity).

13. This Court has original jurisdiction of this matter pursuant to 28 U.S.C §1332 as there is complete diversity of citizenship between the Plaintiffs and the Underwriters, and the amount in controversy exceeds $75,000.00. Removal of this matter is therefore proper under 28 U.S.C. §1441.

14. The Underwriters were served with Plaintiffs' Complaint on November 23, 2021. Thus, the Notice of Removal is being filed within thirty (30) days of the Underwriters being served with a copy of Plaintiffs' Complaint as required by 28 U.S.C §1446(b).

15. Pursuant to 28 U.S.C §1446(d), a copy of the Notice of Removal is being properly filed with the Clerk of the Circuit Court for the Twentieth Judicial Circuit in and for Collier County, Florida and served on counsel for Plaintiffs.

16. Because the property at issue which is the subject of the insurance claim and lawsuit is located in Naples, Florida which is in Collier County, Florida, and the Complaint was filed in Collier County, Florida, the Fort Myers Division is the appropriate division for this case.

**WHEREFORE**, the Defendants, CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NUMBER FINFR1703496, submits that this Notice and Petition for Removal be deemed good and sufficient, and that the aforesaid action be removed from the Twentieth Judicial Circuit in and for Collier County, Florida to the United States District Court for the Middle District of Florida, Fort Myers Division, for further proceedings.

Dated: December 13, 2021

        Respectfully submitted,

        **SIMON, REED & SALAZAR, P.A.**

        */s/ Michael Simon*
        MICHAEL SIMON
        Florida Bar No. 0062790
        ARON R. RUDMAN
        Florida Bar No. 106650
        Two Datran Center - Suite 1209
        9130 S. Dadeland Blvd.
        Miami, Florida 33156
        Tel.: (305) 670-0776
        Fax: (305) 670-0731
        E-mail msimon@simonreedlaw.com
        E-mail: arudman@simonreedlaw.com
        *Counsel for Defendant, the Underwriters*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served electronically with the Clerk of Court using CM/ECF on this 13th day of December 2021.

        By:  */s/ Michael Simon*

## SERVICE LIST

Margaret E. Garner, Esq.
Ira M. Marcus, Esq.
Katranis, Wald & Garner, PLLC
501 E Las Olas Blvd., Suite 200/300
Fort Lauderdale, Florida 33301
margaret@kwglegal.com
ira@kwglegal.com
service@kwglegal.com